Timothy B. O'Connor - 016683
**SCHNEIDER & ONOFRY, P.C.**
365 East Coronado Road
Phoenix, Arizona 85004
Telephone: (602) 200-1293
Fax: (602) 230-8985
E-mail: minute-entries@soarizonalaw.com
toconnor@soarizonalaw.com

Attorneys for Defendant Allstate Property and
Casualty Insurance Company

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paula Short, individually, | No. CV-19-1590-PHX-MHB |
| Plaintiff, | |
| vs. | **ANSWER** |
| Allstate Property and Casualty Insurance Company, an Illinois corporation; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5, | |
| Defendants. | |

Defendant Allstate Property and Casualty Insurance Company, through counsel undersigned, for its Answer to Plaintiff's Complaint, hereby admits, denies and alleges as follows:

1.    The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.    Defendant denies each and every allegation which is not otherwise admitted herein.

3.    Responding to paragraph 1 of the Complaint, Defendant admits upon information and belief Plaintiff's residency status.

4.      Responding to paragraph 2 of the Complaint, Defendant admits it is an Illinois corporation with its principal place of business in Illinois.  Defendant admits it does business in the State of Arizona.

5.      Responding to paragraphs 3 and 4 of the Complaint, these allegations are not directed to this Defendant.  To the extent a response to these allegations is required, Defendant denies the conclusions of fact and law as pled.

6.      Responding to paragraphs 5 and 6 of the Complaint, Defendant admits that jurisdiction and venue in the United States District Court, District of Arizona are proper.  Defendant denies the remaining pleaded conclusions of fact and law.

7.      Responding to paragraph 7 of the Complaint, Defendant admits to the existence of the policy of insurance.

8.      Responding to paragraphs 8, 9, 10, 11 and 12 of the Complaint, Defendant admits that an accident occurred, but denies the remaining pleaded conclusions of fact and law, and demands strict proof of Plaintiff's claimed injuries and damages, if any.

9.      Responding to paragraphs 13, 14, 15, 16, 17, 18, 19 and 20 of the Complaint, Defendant denies the pleaded conclusions of fact and law.

10.     Responding to paragraph 21 of the Complaint, Defendant incorporates herein its foregoing answers to paragraphs 1 through 20.

11.     Responding to paragraphs 22, 23, 24 and 25 of the Complaint, Defendant denies the pleaded conclusions of fact and law.

12.     Responding to paragraph 26 of the Complaint, Defendant incorporates herein its foregoing answers to paragraphs 1 through 25.

13.     Responding to paragraphs 27, 28, 29, 30, 31, 32, 33, 34 and 35 of the Complaint, Defendant denies the pleaded conclusions of fact and law.

14. Responding to paragraph 36 of the Complaint, Defendant incorporates herein its foregoing answers to paragraphs 1 through 35.

15. Responding to paragraphs 37 and 38 of the Complaint, Defendant denies the conclusions of fact and law as pled.

16. As and for its separate and affirmative defenses, and in order that the same not be deemed waived, Defendant alleges upon information and belief the following affirmative defenses: comparative fault; non-parties at fault; intervening superseding cause; waiver, release and/or immunity; arbitration; plaintiff's claimed damages were the result of unrelated pre-existing conditions or subsequent conditions unrelated to the non-party driver and/or defendant's alleged conduct; and Plaintiff's failure to mitigate damages.

WHEREFORE, having fully answered the Plaintiff's Complaint, Defendant requests that the same be dismissed with prejudice, that Defendant be entitled to its costs accrued and accruing, and for such other and further relief as to the court appears just and proper under the circumstances.

Dated this 21st day of March, 2019.

SCHNEIDER & ONOFRY, P.C.

By _____
Timothy B. O'Connor
365 East Coronado Road
Phoenix, Arizona 85004
Attorneys for Defendant Allstate Property and
Casualty Insurance Company

☒    I hereby certify that on March 21, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy G. Tonkin, Esq.
Montana Thompson, Esq.
**Phillips Law Group, P.C.**
3101 N. Central Avenue, Suite 1500
Phoenix, AZ  85012
Attorneys for Plaintiff

Amanda Maez

- 4 -