# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Short, | No. CV-19-01590-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Allstate Property and Casualty Insurance Company, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Notice of Appearance Telephonically for Case Management Conference. (Doc. 15.) For good cause shown,

**IT IS ORDERED** that Counsel for Plaintiff may appear telephonically for the Rule 16 Scheduling Conference scheduled for **May 21, 2019 at 9:30 a.m.** Counsel for Plaintiff shall participate by landline only by calling 602-322-7530. The use of cellular phones is not permitted.

Dated this 13th day of May, 2019.

Douglas L. Rayes
United States District Judge