# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Short, | No. CV-19-01590-PHX-DLR |
| Plaintiff, | **AMENDED ORDER**[1] |
| v. | |
| Allstate Property and Casualty Insurance Company, et al., | |
| Defendants. | |

The Court has reviewed the parties' Notice of Appearance Telephonically for Case Management Conference. (Doc. 15.) For good cause shown,

**IT IS ORDERED** that Plaintiff and Defendant's counsel may appear telephonically for the Rule 16 Scheduling Conference currently set for **May 21, 2019 at 9:30 a.m.** Counsel for Plaintiff is to initiate the call by dialing 602-322-7530 using a landline only. The use of cellular phones is not permitted.

Dated this 16th day of May, 2019.

Douglas L. Rayes
United States District Judge

---

[1] The Court amends its Order (Doc. 16) of May 13, 2019, to reflect counsel for both plaintiff and defendant shall be allowed to appear at the scheduling conference telephonically.