IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Short, | No. CV-19-01590-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Allstate Property and Casualty Insurance Company, et al., | |
| Defendants. | |

The Court has reviewed the parties' Joint Motion to Amend Scheduling Order. (Doc. 31.) For good cause shown,

**IT IS ORDERED** that the deadlines are amended as follows from the Scheduling Order (Doc. 19):

Deadline for Plaintiffs' Expert Disclosures.

Current Deadline: September 13, 2019

**Amended Deadline: April 10, 2020**

Deadline for Defendants' Expert Disclosures.

Current Deadline: October 13, 2019

**Amended Deadline: May 8, 2020**

Deadline for Rebuttal Expert Disclosures.

Current Deadline: November 1, 2019

**Amended Deadline:  June 5, 2020**

Deadline for All Expert Deposition.

Current Deadline: December 31, 2019

**Amended Deadline: July 31, 2020**

Deadline for Filing Dispositive Motions.

Current Deadline: January 31, 2020

**Amended Deadline: July 28, 2020**

Deadline of Good Faith Settlement Talks.

Current Deadline: February 7, 2020

**Amended Deadline: July 3, 2020**

**IT IS FURTHER ORDERED** vacating the Telephonic Pre-Motion Conference set for January 16, 2020 at 10:00 a.m. and resetting to **August 11, 2020 at 9:30 a.m.**

Dated this 18th day of December, 2019.

Douglas L. Rayes
United States District Judge

- 2 -